[No. 20404-5-II.   Division Two.   October 31, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL RICHARD SWOFFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-1-00008-3, Don McCulloch, J., entered February 22, 1996. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 20479-7-II.   Division Two.   October 31, 1997.]

*In the Matter of the Marriage of* LYNN LARSON-SWEERUS, *Respondent*, and NEIL GORDON SWEERUS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-3-00979-5, Wm. Thomas McPhee, J., entered February 20, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[Nos. 20483-5-II; 20484-3-II;   Division Two.   October 31, 1997.]
       20485-1-II.

*In the Matter of the Welfare of* L.L.

*In the Matter of the Welfare of* C.L.

*In the Matter of the Welfare of* C.L.

JEANNIE LAWRENCE, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for Clallam County, No. 94-7-00100-1, Kenneth D. Williams, J., entered February 2, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.